UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ROY JOSEPH,

        Petitioner,

- against -

JAMES CONWAY,

        Respondent.
-----------------------------------------------------------X

JUDGMENT
07-CV-05223 (RRM)

A Memorandum and Order of Honorable Roslynn R. Mauskopf, United States District Judge, having been filed this day, dismissing Petitioner's habeas corpus petition in its entirety; denying a Certificate of Appealability; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; denying *in forma pauperis* status for the purpose of any appeal; and directing the Clerk of Court to enter judgment accordingly, to mail the Memorandum and Order and judgment to Petitioner, and to close this case; it is

ORDERED, ADJUDGED AND DECREED that Petitioner's habeas corpus petition is dismissed in its entirety; that the Court denies a Certificate of Appealability; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal; and that this case is hereby closed.

The Clerk of Court is respectfully directed to mail a copy of this judgment and the Memorandum and Order to Petitioner.

Dated: Brooklyn, New York
      February 20, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge